# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1251
LT Case Nos. 2023-305119-CFDB
2023-305120-CFDB
2023-305121-CFDB
2023-305122-CFDB
2023-305123-CFDB
2023-305124-CFDB
2023-305125-CFDB

_____

EDDIE LEE SHINE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

February 26, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————